FORM B6A
(10/05)

In re: **CARY E CAMPBELL** _____.

Case No. <u>**2:06-bk-04245-GBN**</u>

**Debtor**

(If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **13538 NORTH 94TH PLACE SCOTTSDALE AZ 85260** | **Fee Owner** | | $ 550,000.00 | $ 566,740.24 |
| **328 W GLENROSA AVE PHOENIX AZ 85013** | **Fee Owner** | | $ 270,000.00 | $ 273,878.87 |
| **3520 NORTH 62ND PLACE SCOTTSDALE AZ 85252** | **Fee Owner** | | $ 300,000.00 | $ 319,261.40 |
| | **Total** ➤ | | **$1,120,000.00** | |

(Report also on Summary of Schedules.)

In re   **CARY E CAMPBELL**                                        ,         Case No.   **2:06-bk-04245-GBN**
Debtor                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CHASE BANK ACCOUNT** | | 75.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CHASE BANK ACCOUNT** | | 75.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **HOME FURNISHINGS** | | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **CLOTHING** | | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| | | | | |

In re   **CARY E CAMPBELL**                                                                    ,        Case No.   **2:06-bk-04245-GBN**
                                   Debtor                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **CARY CAMPBELL REALTY ALLIANCE** | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| | | | | |

In re  **CARY E CAMPBELL** _____,   Case No. __**2:06-bk-04245-GBN**__
                                    **Debtor**                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 HONDA ACCORD HYBRID** | | **22,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

__2__ continuation sheets attached                    Total  ➢    **$ 24,650.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6C

(10/05)

In re **CARY E CAMPBELL** Case No. **2:06-bk-04245-GBN**

Debtor (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ Check if debtor claims a homestead exemption that exceeds
$125,000.

☐ 11 U.S.C. § 522(b)(2)

☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2005 HONDA ACCORD HYBRID | ARS § 33-1125(8) | 5,000.00 | 22,000.00 |
| 328 W GLENROSA AVE PHOENIX AZ 85013 | ARS § 33-1101 | 76,121.13 | 270,000.00 |
| CHASE BANK ACCOUNT | ARS § 33-1126(A)(9) | 75.00 | 75.00 |
| CHASE BANK ACCOUNT | ARS § 33-1126(A)(9) | 75.00 | 75.00 |
| CLOTHING | ARS § 33-1125(1) | 500.00 | 500.00 |
| HOME FURNISHINGS | ARS § 33-1123 | 2,000.00 | 2,000.00 |

Official Form 6D (10/06)

In re **CARY E CAMPBELL**                                    Case No. **2:06-bk-04245-GBN**
                              **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   04750241 <br> **COMPASS BANK** <br> **PO BOX 830696** <br> **BIRMINGHAM AL 35283-0696** | | | **Security Agreement** <br> **2005 HONDA ACCORD HYBRID** <br> ⎯⎯⎯⎯⎯⎯⎯ <br> **VALUE $22,000.00** | | | | 34,938.78 | 12,938.78 |
| ACCOUNT NO.   116255228 <br> **COUNTRYWIDE HOME EQUITY** <br> **PO BOX 650225** <br> **DALLAS TX 75265-0225** | | | **Second Lien on Residence** <br> **13538 NORTH 94TH PLACE** <br> **SCOTTSDALE AZ 85260** <br> ⎯⎯⎯⎯⎯⎯⎯ <br> **VALUE $550,000.00** | | | | 200,000.00 | 16,740.30 |
| ACCOUNT NO.   079460962 <br> **COUNTRYWIDE HOME LOANS** <br> **PO BOX 650070** <br> **DALLAS TX 75265-0070** | | | **Deed of Trust** <br> **13538 NORTH 94TH PLACE** <br> **SCOTTSDALE AZ 85260** <br> ⎯⎯⎯⎯⎯⎯⎯ <br> **VALUE $550,000.00** | | | | 366,740.24 | 16,740.30 |
| ACCOUNT NO.   072163182 <br> **COUNTRYWIDE HOME LOANS** <br> **PO BOX 650070** <br> **DALLAS TX 75265-0070** | | | **Deed of Trust** <br> **3520 NORTH 62ND PLACE** <br> **SCOTTSDALE AZ 85252** <br> ⎯⎯⎯⎯⎯⎯⎯ <br> **VALUE $300,000.00** | | | | 270,143.40 | 0.00 |
| ACCOUNT NO.   0013684279 <br> **EMC MORTGAGE CO** <br> **PO BOX 141358** <br> **IRVING TX 75014-1358** | | | **Second Lien on Residence** <br> **328 W GLENROSA AVE** <br> **PHOENIX AZ 85013** <br> ⎯⎯⎯⎯⎯⎯⎯ <br> **VALUE $270,000.00** | | | | 82,588.48 | 0.00 |

1     continuation sheets
      attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| $      954,410.90 | $  46,419.38 |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **CARY E CAMPBELL**                                          .        Case No. **2:06-bk-04245-GBN**
                                    **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0013684238** <br><br> **EMC MORTGAGE CO** <br> **PO BOX 141358** <br> **IRVING TX 75014-1358** | | | **Deed of Trust** <br> **328 W GLENROSA AVE** <br> **PHOENIX AZ 85013** <br><br> **VALUE $270,000.00** | | | | **191,290.39** | **0.00** |
| ACCOUNT NO. **0039834056** <br><br> **OCWEN LOAN SERVICING** <br> **PO BOX 6440** <br> **CAROL STREAM IL 60197-6440** | | | **Security Agreement** <br> **3520 NORTH 62ND PLACE** <br> **SCOTTSDALE AZ 85252** <br><br> **VALUE $300,000.00** | | | | **49,118.00** | **0.00** |

Sheet no. _1_ of _1_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| $ | 240,408.39 | $ | 0.00 |
|---|---|---|---|
| $ | 1,194,819.29 | $ | 46,419.38 |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**Official Form 6E (10/06)**

In re  **CARY E CAMPBELL** _____
                Debtor

Case No.  **2:06-bk-04245-GBN** _____
              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

❑  **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re   **CARY E CAMPBELL**                            .                    Case No.    **2:06-bk-04245-GBN**
                             Debtor                                                            (If known)

❑  **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

    Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>**2**</u>  **continuation sheets attached**

In re   **CARY E CAMPBELL**                                                      Case No.   <u>**2:06-bk-04245-GBN**</u>

                                       Debtor                                                         (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |

Sheet no. <u>2</u> of <u>2</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ➤
(Totals of this page)

| $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|

Total ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

| $ 0.00 | | |
|---|---|---|

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

| | $ 0.00 | $ 0.00 |
|---|---|---|

Official Form 6F (10/06)

In re  **CARY E CAMPBELL**                              Case No. **2:06-bk-04245-GBN**
_____                       _____
                    Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **12531**<br><br>**ASLAMY & ASSOCIATES PC<br>FOCUS CORPORATE CENTER<br>555 W CHANDLER BLVD<br>STE 200<br>CHANDLER AZ 85225** | | | **LEGAL FEES** | | | | 71.95 |
| ACCOUNT NO.  **4356023301528323**<br><br>**BANK OF AMERICA<br>PO BOX 60502<br>CITY OF INDUSTRY CA 91716-0502** | | | **CONSUMER CREDIT** | | | | 8,081.03 |
| ACCOUNT NO.  **1736**<br><br>**BEST BUILDERS INC<br>8 WEST HUNTER CIRCLE<br>MESA AZ 85201** | | | **CONSUMER CREDIT** | | | | 870.00 |
| ACCOUNT NO.  **LOT/UNIT C2-68**<br><br>**CARPENTER HAZELWOOD<br>1400 EAST SOUTHERN AVE<br>STE 640<br>TEMPE AZ 85282-8010** | | | **COLLECTION FOR CASA PRIVADA HOA** | | | | 425.00 |
| ACCOUNT NO.  **11223**<br><br>**CHARLES CHIROPRACTIC<br>10620 NORTH 71ST PLACE<br>SCOTTSDALE AZ 85254** | | | **MEDICAL DEBT** | | | | 52.65 |

_3_  Continuation sheets attached

                                                    Subtotal ➤  | $ | **9,500.63** |

                                                    Total ➤  | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CARY E CAMPBELL**        Case No. **2:06-bk-04245-GBN**
               Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4366173000834528** <br><br> **CHASE** <br> **PO BOX 94014** <br> **PALATINE IL 60094-4014** | | | **CONSUMER CREDIT** | | | | **50,814.51** |
| ACCOUNT NO. **2006421405** <br><br> **CITY OF SCOTTSDALE** <br> **PO BOX 1788** <br> **SCOTTSDALE AZ 85252-1788** | | | **UTILITIES** | | | | **503.08** |
| ACCOUNT NO. **060800362101** <br><br> **CONTACT ONE CALL CNTR** <br> **818 WEST MIRACLE MILE** <br> **TUCSON AZ 85706** | | | **TELEPHONE SERVICE** | | | | **921.50** |
| ACCOUNT NO. **4467100000040473** <br><br> **CREDIT UNION CARD CENTER** <br> **PO BOX 50424** <br> **INDIANAPOLIS IN 46250-0424** | | | **CONSUMER DEBT** | | | | **10,103.01** |
| ACCOUNT NO. **274242241** <br><br> **DIRECT TV** <br> **PO BOX 78626** <br> **PHOENIX AZ 85062-8626** | | | **DIRECT TV** | | | | **571.64** |

Sheet no. 1 of 3 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **62,913.74**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re __CARY E CAMPBELL__                                    Case No. __2:06-bk-04245-GBN__
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **421032533** <br><br> **GC SERVICES LTD** <br> **PO BOX 2667** <br> **HOUSTON TX 77252-2667** | | | **COLLECTION FOR NEXTEL** | | | | 394.92 |
| ACCOUNT NO. <br><br> **HAMMERMAN & HULTGREN** <br> **3101 N CENTRAL AVE** <br> **STE 500** <br> **PHOENIX AZ 85012** | | | **COLLECTION FOR ELECTRIC LIGHTWAVE** | | | | 3,183.70 |
| ACCOUNT NO. **41605904** <br><br> **KENNETH EISEN & ASSOC** <br> **PO BOX 7370** <br> **PHOENIX AZ 85011-7370** | | | **COLLECTION FOR COX COMM** | | | | 200.42 |
| ACCOUNT NO. **74976011174556** <br><br> **MBNA AMERICA** <br> **PO BOX 15102** <br> **WILMINGTON DE 19886-5102** | | | **CONSUMER CREDIT** | | | | 16,010.19 |
| ACCOUNT NO. **5490995025152817** <br><br> **MBNA AMERICA** <br> **PO BOX 15026** <br> **WILMINGTON DE 19850-5026** | | | **CONSUMER CREDIT** | | | | 31,953.91 |

Sheet no. _2_ of _3_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ 51,743.14

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re __CARY E CAMPBELL_____     Case No. __2:06-bk-04245-GBN__
                                             (If known)
                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **29C010304OCT595** <br><br> **SOMMER BARNARD** <br> **8888 KEYSTONE CROSSING** <br> **STE 1400** <br> **INDIANAPOLIS IN 46240** | | | **LEGAL FEES** | | | | **66,000.00** |
| ACCOUNT NO. **4214023105005** <br><br> **SOUTHWEST GAS CO** <br> **PO BOX 52075** <br> **MS 42A-002** <br> **PHOENIX AZ 85072-2075** | | | **UTILITIES** | | | | **59.07** |
| ACCOUNT NO. **421032533** <br><br> **SPRINT** <br> **PO BOX 541023** <br> **LOS ANGELES CA 90054-1023** | | | **TELEPHONE SERVICES** | | | | **331.03** |
| ACCOUNT NO. **302505261693** <br><br> **TRS RECOVERY SERVICES** <br> **5251 WESTHEIMER** <br> **HOUSTON TX 77056** | | | **COLLECTION FOR COMPASS BANK OVERDRAFT** | | | | **1,329.63** |

Sheet no. _3_ of _3_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | **67,719.73**

Total ➤ | $ | **191,877.24**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re: **CARY E CAMPBELL** _____ ,    Case No.   **2:06-bk-04245-GBN**

Debtor

(If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

Form B6H
(10/05)

In re: **CARY E CAMPBELL**                                    Case No. **2:06-bk-04245-GBN**
_____                                        _____
**Debtor**                                                                    **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

In re  **CARY E CAMPBELL**                                    Case No.   **2:06-bk-04245-GBN**

                              **Debtor**                                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: **DIVORCED** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **DAUGHTER** | **8** |
| | **SON** | **7** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **REALTOR** | |
| Name of Employer | **CARY CAMPBELL'S REALTY ALLIANCE** | |
| How long employed | **10 YEARS** | |
| Address of Employer | **328 W GLENROSA AVE PHOENIX AZ 85013** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 0.00 | $ | |
| 2. Estimate monthly overtime | $ | 0.00 | $ | |
| 3. SUBTOTAL | $ | 0.00 | $ | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|   a. Payroll taxes and social security | $ | 0.00 | $ | |
|   b. Insurance | $ | 0.00 | $ | |
|   c. Union dues | $ | 0.00 | $ | |
|   d. Other (Specify) | $ | 0.00 | $ | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 3,500.00 | $ | |
| 8. Income from real property | $ | 0.00 | $ | |
| 9. Interest and dividends | $ | 0.00 | $ | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ | |
| 12. Pension or retirement income | $ | 0.00 | $ | |
| 13. Other monthly income (Specify) | $ | 0.00 | $ | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 3,500.00 | $ | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 3,500.00 | $ | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | **$ 3,500.00** | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

In re **CARY E CAMPBELL** , Case No. **2:06-bk-04245-GBN**

Debtor (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,315.12 |
|     a. Are real estate taxes included?   Yes ✓   No _____ | | |
|     b. Is property insurance included?   Yes ✓   No _____ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 200.00 |
|     b. Water and sewer | $ | 50.00 |
|     c. Telephone | $ | 300.00 |
|     d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 260.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 300.00 |
| 8. Transportation (not including car payments) | $ | 240.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 150.00 |
|     b. Life | $ | 0.00 |
|     c. Health | $ | 184.00 |
|     d. Auto | $ | 160.00 |
|     e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 598.00 |
|     b. Other **SECOND MORTGAGE** | $ | 1,000.02 |
| 14. Alimony, maintenance, and support paid to others | $ | 2,125.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 3,500.00 |
| 17. Other **EMERGENCY/CONTINGENCY** | $ | 90.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 10,672.14 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|     a. Average monthly income from Line 15 of Schedule I | $ | 3,500.00 |
|     b. Average monthly expenses from Line 18 above | $ | 10,672.14 |
|     c. Monthly net income (a. minus b.) | $ | -7,172.14 |

**Official Form 6 - Summary (10/06)**

**United States Bankruptcy Court**

**District of Arizona**

In re  **CARY E CAMPBELL** _____ ,       Case No.  **2:06-bk-04245-GBN** _____

                                   Debtor

                                              Chapter  **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 1,120,000.00 | | |
| B - Personal Property | YES | 3 | $ 24,650.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 1,194,819.29 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $ 191,877.24 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,500.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $ 10,672.14 |
| TOTAL | | 19 | $ 1,144,650.00 | $ 1,386,696.53 | |

Official Form 6 - Declaration (10/06)

In re  CARY E CAMPBELL _____          Case No.   2:06-bk-04245-GBN
                                          **Debtor**                                        **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **21** sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **12/19/2006** _____          Signature:  **s/ CARY E CAMPBELL** _____
                                                          **CARY E CAMPBELL**
                                                                    Debtor
                                          [If joint case, both spouses must sign]


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

--------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.